UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61818-CIV-LENARD/WHITE

**STENNETH BARNETT,**

    Movant,

vs.

**UNITED STATES OF AMERICA,**

    Respondents.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 4) AND DISMISSING PETITIONER'S SUCCESSIVE PETITION FOR WRIT OF HABEAS CORPUS (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of Magistrate Judge Patrick A. White ("Report," D.E. 4), issued on August 19, 2011. The Report finds that Movant Stenneth Barnett has filed a successive motion to vacate sentence, attacking the same sentence as in his previous motion, assigned Civil Case No. 08-61610-Lenard. The Report recommends dismissal of the instant motion for failure to obtain leave from the Eleventh Circuit pursuant to 28 U.S.C. § 2244(b)(3)(A) or, in the alternative, untimeliness. (Report at 3.) The Report also provides that any objections may be filed within fourteen days of its receipt by the parties. (*Id*. at 4.) To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

    Accordingly, it is **ORDERED AND ADJUDGED** that the Report of the Magistrate

Judge (D.E. 4), issued on August 19, 2011, is **ADOPTED**, Movant Stenneth Barnett's Motion to Vacate Sentence (D.E. 1) is **DISMISSED** as successive and this Case is **CLOSED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of September, 2011.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**